## Jackson *v.* The State.

### Murder.

(Decided January 9, 1917. 73 South. 756.)

**Appeal and Error; Review; Instructions.**—In the absence of a bill of exceptions, a court cannot intelligently review charges given or refused, and hence will not review the refused charged, although they are set out in the record.

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

Joe Jackson was convicted of manslaughter and he appeals. Affirmed.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—The appeal in this case is from a judgment of conviction of manslaughter and sentence to seven years' imprisonment in the penitentiary in accordance with the verdict of the jury. The transcript contains no bill of exceptions, and the proceedings shown by the record proper are regular and show no error. The refused charges set out cannot be intelligently reviewed in the absence of a bill of exceptions, as they are predicated upon evidence that is not before us.

Affirmed.